United States District Court § Southern District of Texas

| | |
|---|---|
| John Kirby, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action H-18-4057 |
| § | |
| Lorie Davis, § | |
| Director, Texas Department § | |
| of Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

# Order of Adoption

On December 12, 2018, Magistrate Judge Peter Bray recommended that this case be transferred to the Southern District of Texas, Corpus Christi Division. (D.E. 5.) No objections were filed. After considering the record and the law, the court adopts the Memorandum and Recommendation as its Memorandum and Order. It is ORDERED that this case be transferred to the Corpus Christi Division.

Signed on January 7, 2018, at Houston, Texas.

Lynn N. Hughes
United States District Judge